**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANDREW WALKER, JR.,

                        Plaintiff,

        -against-

MONICA RICH KOSANN, *et al.*,

                        Defendant.
-----------------------------------------------------------------

**ORDER**

**23-cv-4409 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of *pro se* Plaintiff Andrew Walker, Jr.'s extension request at Dkt. No. 70. The extension request is GRANTED. Plaintiff's response is due by **December 1, 2023**. Defendants' replies are due by **December 15, 2023**.

SO ORDERED.

Dated:     New York, New York
            October 20, 2023

                                                 _____
                                                 JENNIFER E. WILLIS
                                                 United States Magistrate Judge