UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW WALKER, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> MONICA RICH KOSANN ET AL., <br><br> *Defendants*. | CASE NO.: 1:23-CV-04409-UA <br><br> **DEFENDANT PROVENANCE GEMS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS, PURSUANT TO FED. R. CIV. P. 12(B)(2)** |

**PLEASE TAKE NOTICE** of the following: (1) Plaintiff filed his Second Amended Complaint within the above-captioned matter on March 26, 2024; and (2) Defendant, Provenance Gems, LLC ("Provenance"), along with its accompanying Memorandum of Law, will move that this Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, before the Honorable Judge Arun Subramanian, at the Thurgood Marshall United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York 10007-1312, at a date and time determined by the Court, enter an order dismissing Plaintiff's claims herein against Provenance *with prejudice*, and for such other and further relief that this Court deems just and proper.

Dated: April 10, 2024

                                                  Respectfully submitted,

                                                  /s/ Paul A. Hankin
                                                  **The Downs Law Group, P.A.**
                                                  3250 Mary Street, Suite 307
                                                  Coconut Grove, FL 33133
                                                  Telephone: (305) 444-8226
                                                  Facsimile: (305) 444-6773
                                                  Jeremy D. Friedman, Esq.
                                                  Florida Bar No. 134643
                                                  jfriedman@downslawgroup.com
                                                  Paul A. Hankin, Esq., LL.M.
                                                  Florida Bar No. 125402
                                                  phankin@downslawgroup.com
                                                  *Attorneys for Provenance Gems, LLC*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of April 2024, the foregoing document has been e-filed with the court via CM/ECF with a copy served automatically on all counsel of record.

/s/ Paul A. Hankin
Paul A. Hankin, Esq., LL.M.

2