UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW WALKER, JR., <br><br> *Plaintiff,* <br> v. <br><br> MONICA RICH KOSANN, AMAZON ADVERTISING LLC, EBAY INC., FISHER-PRICE, INC., PROVENANCE GEMS, WOODROW JEWELERS, NICKELODEON, DISNEY, WALMART, KMART, AND KROGER COMPANY, <br><br> *Defendants.* | Case No. 1:23-cv-4409-AS-JW <br><br> **DEFENDANT FISHER-PRICE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

PLEASE TAKE NOTICE that upon (i) the second amended complaint dated March 26, 2024 in the above captioned action; and (ii) the accompanying memorandum of law, Defendant Fisher-Price, Inc. ("Fisher-Price") will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Jennifer E. Willis, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 228, New York, New York, 10007, at a date and time to be determined by the Court, for an Order dismissing Plaintiff's claims against Fisher-Price with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated:  April 10, 2024        By*:*        */s/ John R. Hutchins*

                                                          John R. Hutchins
                                                          District of Columbia Bar No. 456749
                                                          BANNER & WITCOFF, LTD.
                                                          1100 13th Street NW, Suite 1200
                                                          Washington, DC 20005
                                                          (202) 824-3000
                                                          JHutchins@bannerwitcoff.com

                                                          *Attorney for Fisher-Price, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of April, 2024, all parties of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system and through electronic mail.

By: */s/* John R. Hutchins
John R. Hutchins