UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW WALKER, JR.,

                        Plaintiff,                        **ORDER**

                 -against-                        **23-CV-4409 (JPC) (JW)**

MONICA RICH KOSANN, AMAZON
ADVERTISING LLC, EBAY INC.,
FISHER PRICE, INC., PROVENANCE
GEMS and WOODROW JEWELERS,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's request for leave to file a third amended complaint. Dkt. No. 111. The Parties are ordered not to file any further responses regarding the aforementioned motion. The Court will address Plaintiff's request in conjunction with the forthcoming Report and Recommendation on the Motion to Dismiss the Second Amended Complaint.

      SO ORDERED.

DATED:    New York, New York
              June 6, 2024

                                                          _____
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge