**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANDREW WALKER, JR,

                      Plaintiff,                    23 **CIVIL** 4409 (AS)

       -against-                                **JUDGMENT**

MONICA RICH KOSANN, AMAZON
ADVERTISING LLC, EBAY, INC.,
FISHER-PRICE, INC., PROVENANCE GEMS,
WOODROW JEWELERS, NICKELODEON,
DISNEY, WALMART, KMART, and
KROGER COMPANY,
                           Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 7, 2025, the Report and Recommendation is ADOPTED in its entirety. In addition, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
           March 10, 2025

                                                            **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                    **BY:**          K. Mango

                                                            **Deputy Clerk**